# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-434 |
| | § | |
| JOE PHILLIPS | § | |

# O R D E R

The court held a pretrial conference in this case on April 26, 2012. Defendant Joe Phillips orally moved for a continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 16, 2012 |
| Responses are to be filed by: | July 30, 2012 |
| Interim Pretrial Conference is set to**:** | **June 7, 2012 at 9:00 a.m.** |
| Final Pretrial Conference is reset to: | **August 6, 2012, at 9:30a.m.** |
| Jury Selection and trial are reset to: | **August 13, 2012 at 9:00 a.m.** |

SIGNED on April 27, 2012, at Houston, Texas.

_Lee H. Rosenthal_
Lee H. Rosenthal
United States District Judge