## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-10-434 |
| JOE PHILLIPS | § | |

## O R D E R

Defendant Joe Phillips has moved to postpone his surrender date. (Docket Entry No. 154). The government is opposed. The record does not disclose a sufficient basis for the postponement. The request is denied.

SIGNED on January 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge